UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                          CASE NO.  10-40961-BKC-RAM
JOSEPH J CONTRERAS
YESSENIA CONTRERAS

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 2,021.55 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 12-16-15

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

JOSEPH J CONTRERAS
YESSENIA CONTRERAS
9533 SW 148 AVE CIRCLE E
MIAMI, FL 33196

JORGE L. SUAREZ, ESQUIRE
3735 SW 8TH STREET
SUITE 101
CORAL GABLES, FL 33134

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                               CASE NO.  10-40961-BKC-RAM
JOSEPH J CONTRERAS
YESSENIA CONTRERAS

                                     CHAPTER 13


JOSEPH J CONTRERAS             ---------$      2,021.55
YESSENIA CONTRERAS
9533 SW 148 AVE CIRCLE E
MIAMI, FL 33196


JORGE L. SUAREZ, ESQUIRE
3735 SW 8TH STREET
SUITE 101
CORAL GABLES, FL 33134

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130